

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2015

No. 04-13-00518-CV

Sandra Garza **DAVIS** f/k/a Sandra C. Saks and Landen Saks,
Appellants

v.

Lauren Saks **MERRIMAN**,
Appellee

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-3466
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason K. Pulliam, Justice

The Court has considered the Appellants' Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2015.

_____
Keith E. Hottle
Clerk of Court